IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MATTHEW PUSATERI,                                         Case No. 1:20 cv 01021-CL
                                                                              **ORDER**

               Plaintiff,

        v.

DENNIS GIBBS; EARL PERRY;
KLAMATH COUNTY, OREGON;
UNNAMED KLAMATH COUNTY SHERIFF'S
DEPUTIES.

               Defendants.

_____

        Magistrate Judge Mark Clarke filed Findings and Recommendation ("F&R") (doc. 15) on January 28, 2021.  The matter is now before me.  *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72.  No objections have been timely filed.  Although this relieves me of my obligation to perform a *de novo* review, I retain the obligation to "make an informed, final determination."  *Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), *overruled on other grounds, United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc).  The Magistrates Act does not

specify a standard of review in cases where no objections are filed. *Ray v. Astrue*,

2012 WL 1598239, *1 (D. Or. May 7, 2012). Following the recommendation of the

Rules Advisory Committee, I review the F&R for "clear error on the face of the

record[.]" Fed. R. Civ. P. 72 advisory committee's note (1983) (citing *Campbell v.*

*United States District Court*, 501 F.2d 196, 206 (9th Cir. 1974)); *see also United*

*States v. Vonn*, 535 U.S. 55, 64 n.6 (2002) (stating that, "[i]n the absence of a clear

legislative mandate, the Advisory Committee Notes provide a reliable source of

insight into the meaning of" a federal rule). Having reviewed the file of this case, I

find no clear error.

THEREFORE, IT IS HEREBY ORDERED that I ADOPT Judge Mark

Clarke's F&R (doc. 15).

Dated this 16th day of February, 2021.

_____/s/Ann Aiken_____

Ann Aiken

United States District Judge